## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DEANN GAYLES, | CIVIL NO. 10-4168 (MJD/TNL) |
| PLAINTIFF, | |
| V. | |
| | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| DEFENDANT. | |

---

Deann Gayles, 467 Clinton Avenue, St. Paul MN 55107, pro se Plaintiff.

Lonnie F. Brian, Assistant United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis MN 55415, for Defendant

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung, dated June 16, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE**.


Dated: July 21, 2011

                                         s/Michael J. Davis
                                         Chief Judge Michael J. Davis
                                         United States District Court
                                         For the District of Minnesota